

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:11 CR 00079 AWI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. |
| ) | |
| Plaintiff, ) | ORDER TO SEAL INDICTMENT |
| ) | PURSUANT TO RULE 6(e) OF |
| v. ) | THE FEDERAL RULES OF |
| ) | CRIMINAL PROCEDURE |
| SUONG HEM, ) | |
| ) | |
| Defendant. ) | |

## SEALING ORDER

IT IS HEREBY ORDERED THAT the Indictment in this matter and this Sealing Application and Order shall be SEALED in the interest of justice.

IT IS SO ORDERED this 24 day of February, 2011

_____
U.S. Magistrate Judge

3