

1 | BENJAMIN B. WAGNER
United States Attorney
2 | YASIN MOHAMMAD
Assistant U.S. Attorney
3 | 4401 Federal Building
2500 Tulare Street
4 | Fresno, California 93721
Telephone: (559) 497-4000
5

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )    NO. 1:11-CR-079-AWI
                                  )
12 |                  Plaintiff,   )    EX PARTE APPLICATION AND ORDER
                                  )    TO UNSEAL INDICTMENT
13 |      v.                       )
                                  )
14 | SUONG HEM,                    )
                                  )
15 |                  Defendant.   )
    _____  )
16

17      COMES NOW THE UNITED STATES OF AMERICA appearing through the

18 | undersigned Assistant United States Attorney and moves this

19 | Honorable Court for an order unsealing the Indictment in the

20 | above-referenced case, as the Defendant is in custody.

21 | DATED: April 29, 2011

22                                      Respectfully submitted,

23                                      BENJAMIN B. WAGNER
                                        United States Attorney
24

25                                      By: /s/ Yasin Mohammad
                                            YASIN MOHAMMAD
26                                          Assistant U.S. Attorney

27

28

                                      1

**ORDER TO UNSEAL**

Upon application of the United States and good cause having been shown,

IT IS HEREBY ORDERED that the Indictment, bearing case number 1:11-CR-079-AWI, be unsealed.

DATE: *April 29, 2011*

_Sheila K. Oberto_

The Honorable Sheila K. Oberto
United States Magistrate Judge