DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SUONG HEM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-cr-0079 AWI |
| Plaintiff, | STIPULATION MODIFY MOTIONS SCHEDULE; ORDER |
| v. | |
| SUONG HEM, | Judge: Hon. Anthony W. Ishii |
| Defendant. | |

At the request of the defendant based on his need for additional time to prepare motions the parties hereby agree and stipulate as follows:

  1.  The motion due date of November 14, 2011 may be moved to November 21, 2011;

  2.  The current reply dates of December 5, 2011 and December 12, 2011 may be moved to December 12, 2011 and December 19, 2011 respectfully;

  3.  The hearing date currently set for December 19, 2011 may be moved to January 9, 2012;

  4.  The parties further agree and stipulate that the time period from the filing of this stipulation to January 9, 2012 is excludable under 18 U.S.C. §3161(h)(7)(B)(iv) and that the interest of justice served by granting this stipulation outweigh the best interests of the public and the defendant on a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

///

So Stipulated and Agreed.

BENJAMIN B. WAGNER
United States Attorney

DATED: November 15, 2011      By:     /s/ *Yasin Mohammad*
                                      YASIN MOHAMMAD
                                      Assistant United States Attorney
                                      Counsel for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: November 15, 2011      By:     /s/ *Victor M. Chavez*
                                      VICTOR M. CHAVEZ
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      SUONG HEM

**ORDER**

IT IS SO ORDERED.

Dated:    November 16, 2011
                                      CHIEF UNITED STATES DISTRICT JUDGE