1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5

6  Attorney for Defendant
   SUONG HEM
7

8                 IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:11-cr-0079 AWI
                                       )
12            *Plaintiff,*             )   STIPULATION CONTINUING MOTIONS
                                       )   HEARING; ORDER
13       v.                            )
                                       )
14  SUONG HEM,                         )
                                       )   Date:  January 30, 2012
15            *Defendant.*             )   Time:  9:00 a.m.
                                       )   Judge: Hon. Anthony W. Ishii
16  _____   )

17

18       **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

19  Assistant United States Attorney Yasin Mohammad, Counsel for Plaintiff, and Assistant Federal Defender

20  Victor M. Chavez, Counsel for Defendant Suong Hem, that the motions hearing currently set for January

21  9, 2012, **may be continued to January 30, 2012 at 9:00 a.m.**

22       Defense counsel seeks this stipulation as he will be out of town on annual leave from January 9,

23  2012 to January 22, 2012.

24       The parties agree that the delay resulting from the continuance shall be excluded because the ends

25  of justice served by continuing this case outweigh the best interests of the public and the defendant in a

26  speedy trial in that additional time is necessary for effective defense preparation.  18 U.S.C. §§

27  3161(h)(7)(A) and 3161(h)(7)(B)(iv).

28  ///

1

2

BENJAMIN B. WAGNER
United States Attorney

3  DATED: January 5, 2012                    By:    /s/ *Yasin Mohammad*
                                                    YASIN MOHAMMAD

4                                                   Assistant United States Attorney
                                                    Counsel for Plaintiff

5

6

7

DANIEL J. BRODERICK
Federal Defender

8

9  DATED: January 5, 2012                    By:    /s/ *Victor M. Chavez*
                                                    VICTOR M. CHAVEZ

10                                                  Assistant Federal Defender
                                                    Attorney for Defendant

11                                                  SUONG HEM

12

13

14

15                                  **ORDER**

16  IT IS SO ORDERED.

17

Dated:  _____January 5, 2012_____          _____

18                                            CHIEF UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

HEM: Stipulation and Order
Continuing Motions Hearing              -2-