BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA  93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:11-CR-079  (AWI) |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **TRIAL AND ASSOCIATED DATES** |
| v. | ) | |
| | ) | |
| SUONG HEM, | ) | DATE:   March 20, 2012 |
| | ) | TIME:    8:30 a.m. |
| Defendant. | ) | JUDGE:  Hon. Anthony W. Ishii |
| | ) | |

The parties hereby stipulate that the trial in this matter be continued to March 20, 2012 and the dates in the Court's Pre-Trial Order change accordingly as follows:

1. Motions *in limine* filed: February 27, 2012
2. Motions *in limine* responses: March 8, 2012
3. Motions *in limine* and Trial Confirmation Hearing: March 12, 2012
4. The following filings with the Court: March 15, 2012
    a. Jury Instructions
    b. Verdict Form
    c. Witness List
    d. Exhibit Binders
    e. Voir Dire
    f. Joint Summary
    g. Trial Brief

1

| | |
|---|---|
| | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: <u>February 23, 2012</u> | By:  <u>/s/ Yasin Mohammad</u><br>     YASIN MOHAMMAD<br>     Assistant U.S. Attorney |
| DATED: <u>February 23, 2012</u> | <u> /s/ Victor Chavez</u><br>VICTOR CHAVEZ<br>Attorney for Defendant |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>SUONG HEM,<br><br>             Defendant. | CASE NO. 1:11-CR-079 (AWI)<br><br>**ORDER CONTINUING TRIAL AND ASSOCIATED DATES**<br><br>DATE:  March 20, 2012<br>TIME:   8:30 a.m.<br>JUDGE:  Hon. Anthony W. Ishii |

IT IS HEREBY ORDERED THAT the trial in this matter shall be continued to March 20, 2012, and the dates in the Court's Pre-Trial Order shall change accordingly as follows:

1. Motions *in limine* filed:                                                    February 27, 2012
2. Motions *in limine* responses:                                         March 8, 2012
3. Motions *in limine* and Trial Confirmation Hearing:     March 12, 2012
4. The following filings with the Court:                              March 15, 2012
    a. Jury Instructions
    b. Verdict Form
    c. Witness List
    d. Exhibit Binders
    e. Voir Dire
    f. Joint Summary
    g. Trial Brief

IT IS SO ORDERED.

Dated:   February 24, 2012                              _____
                                                                         CHIEF UNITED STATES DISTRICT JUDGE