Prob12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | SUONG HEM |
| **Docket Number:** | 1:11CR00079-001 AWI |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 02/04/2013 |
| **Original Offense:** | 18 USC 922(g)(9), Possession of a Firearm After Being Convicted of a Misdemeanor Crime of Domestic Violence (Class C Felony) |
| **Original Sentence:** | 30 months Bureau of Prisons; 36 months supervised release; $100 special assessment; and mandatory drug testing |
| **Special Conditions:** | 1) Search, 2) Drug/alcohol treatment; 3) Drug/alcohol testing; 4) Mental health treatment; 5) Aftercare co-payment; 6); No alcohol; 7) Cognitive behavior treatment; 8) Community service |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 08/05/2013 |
| **Assistant U.S. Attorney:** | Kevin P. Rooney        **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Victor M. Chavez       **Telephone:** (559) 487-5950 |
| **Other Court Action:** | None |

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall reside and participate in Turning Point Residential Reentry Center, for a period of up to 180 days; said placement shall commence at the direction of the United States Probation Officer, pursuant to 18 USC 3563(b) (11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** The offender is currently residing in the Central District of California and experiencing issues establishing a residence due to prior issues with Immigration and Custom Enforcement, which has been resolved. The offender's probation officer in the Central District of California feels the Residential Reentry Center (RRC) will enable the offender to find a stable residence and gainful employment. Therefore, it is recommended his conditions of supervision be modified to include that he reside in the RRC for up to 180 days. Should the offender find stable living arrangements while in the RRC, he will be allowed to release into the community. It is noted the offender has signed a Probation 49 - Waiver, agreeing to this modification.

Respectfully submitted,

/s/ Tim D. Mechem
**TIM D. MECHEM**
**Supervision United States Probation Officer**
Telephone:  (559) 499-5731


**DATED:**     February 12, 2014
              Fresno, California

**REVIEWED BY:**    /s/ Hubert J. Alvarez
                   **HUBERT J. ALVAREZ**
                   **Supervising United States Probation Officer**


cc:   United States Probation
      Kevin P. Rooney, Assistant United States Attorney
      Victor M. Chavez, Assistant Federal Defender
      Defendant
      Court File

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:

IT IS SO ORDERED.

Dated:   February 12, 2014                                   _____
                                                                                    SENIOR  DISTRICT  JUDGE