Prob12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | SUONG HEM |
| **Docket Number:** | 1:11CR00079-001 AWI |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 02/04/2013 |
| **Original Offense:** | 18 USC 922(g)(9), Possession of a Firearm After Being Convicted of a Misdemeanor Crime of Domestic Violence (Class C Felony) |
| **Original Sentence:** | 30 months Bureau of Prisons; 36 months supervised release; $100 special assessment; and mandatory drug testing |
| **Special Conditions:** | 1) Search, 2) Drug/alcohol treatment; 3) Drug/alcohol testing; 4) Mental health treatment; 5) Aftercare co-payment; 6); No alcohol; 7) Cognitive behavior treatment; 8) Community service |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 08/05/2013 |
| **Assistant U.S. Attorney:** | Kevin P. Rooney     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Victor M. Chavez     **Telephone:** (559) 487-5950 |
| **Other Court Action:** | |
| <u>**02/12/2014:**</u> | Probation Form 12B, Petition to Modify the Conditions or Term of Supervision With Consent of the Offender. The Court modified the offender's conditions allowing up to 180 days in the Residential Reentry Center. |

## PETITIONING THE COURT

**To modify the Residential Reentry Center condition that was ordered by the Court on February 12, 2014, to read as follows:**

The defendant shall reside for a period not to exceed 180 days in a Residential Reentry Center (RRC), pre-release component, as directed by the Probation Officer, and shall observe the rules of that facility.

**Justification:** As previously reported to the Court, the offender is currently residing in the Central District of California and experiencing issues establishing a residence due to prior issues with Immigration and Custom Enforcement, which has been resolved. The offender's probation officer in the Central District of California feels the Residential Reentry Center (RRC) will enable the offender to find a stable residence and gainful employment. Although the offender's conditions were modified to allow for his participation in the RRC, the language of the condition was not properly worded to allow for his entry into the RRC in the Central District of California. Therefore, it is recommended the condition ordered by the Court on February 12, 2014, be modified to the language noted above. It is noted the offender previously signed a Probation 49 - Waiver, agreeing to this modification.

Respectfully submitted,
*/s/ Tim D. Mechem*

**TIM D. MECHEM**
**Supervising United States Probation Officer**
Telephone:  (559) 499-5731

**DATED:**      March 17**,** 2014
              Fresno, California

**REVIEWED BY:**      **/s/ Hubert J. Alvarez**
                     **HUBERT J. ALVAREZ**
                     **Supervising United States Probation Officer**

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:


IT IS SO ORDERED.

Dated:   March 17, 2014                              _____
                                                     SENIOR  DISTRICT  JUDGE